

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-14-00063-CV

Hetul **BHAKTA** D/B/A Budget Inn,
Appellant

v.

**TEXAS DEPARTMENT OF TRANSPORTATION** and Ballenger Construction Company,
Inc.,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-04-15888-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

    The District Clerk's Notification of Late Record is GRANTED. The clerk's record is due on February 14, 2014.

_____
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court